# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-2290-JTF-atc |
| ) | |
| **COUNTRYSIDE CENTER, LLC,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with Plaintiff Jeremy Grey's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed on September 11, 2024, and the Court's Order of Dismissal without Prejudice, entered on September 16, 2024. (ECF Nos. 12 & 13.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*                   WENDY OLIVER
JOHN T. FOWLKES, JR.                CLERK
UNITED STATES DISTRICT JUDGE

September 16, 2024                     *s/Richard Abidor*
DATE                                           (BY) LAW CLERK